## Revised Agreement

**Eric Nicolaides**

To Marcus Xue, Christopher Chew        2024-07-05 17:23   Hide Detail

From: Eric Nicolaides <eric.nicolaides@wildcat.llc>

To: Marcus Xue <marcus@mining-depot.com>

Cc: Christopher Chew <chrischew1@gmail.com>

Time: Friday, July 5, 2024 (Fri) 17:23

Size: 268 KB

 SyTechGroup_Reservation A...   (138 KB)      WIRE INSTRUCTIONS.pdf   (32 KB)

Marcus,

Revised agreement reflecting the change in dates, your $100K holding payment and specifically
our counsel Seth Stodder of WML who will be handling this.

Thanks,
Eric



**Eric Nicolaides**
Chairman & CEO

Wildcat Equity Partners, LLC
1111 Lincoln Road, Suite 500
Miami Beach, FL 33139
United States of America

Direct:  +1 786 591 1410  / Mobile:  +1 630 670 8135

eric.nicolaides@wildcat.llc

This e-mail may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this message as well as any attachments.