## Re: 100MW Festus Site Final Comments

**Eric Nicolaides**
To Marcus Xue, Chris Chew, garychen            2024-10-17 07:08  Hide Detail

From: Eric Nicolaides <eric.nicolaides@wildcat.llc>
To: Marcus Xue <marcus@mining-depot.com>, Chris Chew <chris@dojinn.com>
Cc: garychen <garychen@seriousmining.net>
Time: Thursday, October 17, 2024 (Thu) 07:08
Size: 103 KB

Hi Marcus :

I don't see an attachment here.

Thanks
Eric

Eric Nicolaides
Chairman & Group CEO
Wildcat Equity Partners, LLC

1111 Lincoln Rd, Suite 500
Miami Beach, FL 33139
United States of America

Mobile. +16306708135

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Thursday, October 17, 2024 12:30:19 AM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** garychen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Eric
I missed typed on number. I just fixed it.
Please check the attachment file.
Thanks

Marcus Xue

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Tuesday, October 15, 2024 12:33 PM
**To:** eric.nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** garychen <garychen@seriousmining.net>
**Subject:** Re: RE: 100MW Festus Site Final Comments

Hi Eric
I sent you a document with bank receipts and wire instructions.
Thanks

 

**From:** Eric Nicolaides
**Date:** 2024-10-14 12:01
**To:** Marcus Xue; Chris Chew
**CC:** Gary Chen
**Subject:** RE: 100MW Festus Site Final Comments

No problem, we'll get that out to you tomorrow. Today is a bank holiday in the US and our lawyers
are off.

Can you provide the wire instructions for the account you want the funds returned to as well?

Thanks,
Eric

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Monday, October 14, 2024 2:39 PM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Eric,
It is now more than 30 days for refund which says on the contract.  Can you tell me what KYC information you need to process the refund?  If it is more convenient, can you give me the contact information for your lawyer so I can give him what he needs?

Marcus Xue

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Thursday, October 10, 2024 12:49 PM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

Eric
Thanks you for replying. Maybe use the original route which the the funds came from?

Thanks

Marcus Xue

**From:** Eric Nicolaides <eric.nicolaides@wildcat.llc>
**Sent:** Wednesday, October 9, 2024 3:19 PM

**To:** Marcus Xue <marcus@mining-depot.com>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

We will be in touch with you regarding the refund tomorrow or Friday at the latest.

We've just been verifying procedurally what is required with counsel as you never completed the KYC we requested in the first place so we just have to make sure that is in order and that the funds are sent to the appropriate place.

How is your other venture progressing ?

E

Eric Nicolaides
Chairman & Group CEO
Wildcat Equity Partners, LLC

1111 Lincoln Rd, Suite 500
Miami Beach, FL 33139
United States of America

Mobile. +16306708135

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Wednesday, October 9, 2024 3:06:57 PM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Eric.
Do you have any update about the refund of deposit? Already one month since the customer decided to not move forward.

Thanks

Marcus Xue

**From:** Eric Nicolaides <eric.nicolaides@wildcat.llc>
**Sent:** Wednesday, September 18, 2024 7:54 PM
**To:** Marcus Xue <marcus@mining-depot.com>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

I'm consulting with counsel based on this very confusing change of events and have been traveling. I'll be in touch shortly but we will follow any contractual obligations we have.

Eric

Eric Nicolaides
Chairman & Group CEO
Wildcat Equity Partners, LLC

1111 Lincoln Rd, Suite 500

Miami Beach, FL 33139
United States of America

Mobile. +16306708135

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Wednesday, September 18, 2024 2:28:28 PM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Eric
  Any update about the refund of deposit?

Thanks

Marcus Xue

---

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Wednesday, September 11, 2024 12:57 PM
**To:** Eric Nicolaides <ericnicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments


Marcus Xue

---

**From:** Eric Nicolaides <eric.nicolaides@wildcat.llc>
**Sent:** Wednesday, September 11, 2024 9:04 AM
**To:** Marcus Xue <marcus@mining-depot.com>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** RE: 100MW Festus Site Final Comments

I'm sorry, I'm not sure I understand what you are communicating here, Marcus.
You made multiple representations to me and Chris this deal was confirmed.
Our deal isn't with your investor it is with you and your company. We continued to extend your reservation period based on your request/commitment to close on several specific dates, all of which you have failed to do, of course.

What are you now asking for / seeking to do?

All the best,
Eric

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Monday, September 9, 2024 12:21 PM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Eric

Sorry to keep you waiting for such a long time. The Investor backed off for some reasons. First he thinks the total time needed to build the site is too long. Second someone referred a couple sites with miners to sell.

I tried to push him to proceed on at least 50MW.

He insisted on reviewing the other deal first.

I talked with some other investors this past weekend. I will give you updates on their status.


Thanks

Marcus Xue

---

**From:** Marcus Xue <marcus@mining-depot.com>
**Sent:** Thursday, September 5, 2024 9:10 AM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>; Chris Chew <chris@dojinn.com>
**Cc:** Gary Chen <garychen@seriousmining.net>
**Subject:** Re: 100MW Festus Site Final Comments

Eric,

Answering your questions.

1. We are finalizing our operating agreements for our new company and will be ready to sign shortly.
2. I am waiting for the government department to give me the EIN document so I can open a bank account for our new company. My investor is ready to transfer the remaining funds needed for the transaction, but we need the bank account.

Could you prepare the final version of the agreement with our comments so we can have our US lawyer review before we sign?

Thanks

Marcus Xue

---

**From:** Eric Nicolaides <eric.nicolaides@wildcat.llc>
**Sent:** Monday, September 2, 2024 8:13 PM
**To:** Chris Chew <chris@dojinn.com>
**Cc:** Marcus Xue <marcus@mining-depot.com>; Gary Chen <garychen@seriousmining.net>
**Subject:** RE: 100MW Festus Site Final Comments

Chris,
Thank you for sending along.

Marcus/Gary—I will share this with counsel in the morning but assuming we can agree to your request:

    1. Are you prepared to execute this agreement tomorrow September 3?

2. Are you in a position to fund your required payments at signing as indicated in the agreements?

Please advise so I can set expectations on my side accordingly.

Best Regards,
Eric

---

**From:** Chris Chew <chris@dojinn.com>
**Sent:** Monday, September 2, 2024 6:24 PM
**To:** Eric Nicolaides <eric.nicolaides@wildcat.llc>
**Cc:** Marcus Xue <marcus@mining-depot.com>; Gary Chen <garychen@seriousmining.net>
**Subject:** 100MW Festus Site Final Comments

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Eric,

I have spoken at length with both Gary and Marcus regarding all comments, asks, and final contract edits required by their investors in order to proceed. I am attaching their comments that include explanations on some items to give an understanding of their thought process. The objective is to have a mutually fair contract for both sides. Could you please review and let them know your feedback.

I am available today if you need to go over this on the phone.

Regards,
—

# Chris Chew

M：310-499-6173

E：chris@dojinn.com

A：98 San Jacinto Blvd, Suite 400, Austin, TX 78701

W：www.dojinn.com

Marcus Xue

Marcus Xue

Marcus Xue

Marcus Xue

Marcus Xue