# MUTUAL RELEASE AGREEMENT

This Mutual Release Agreement ("Agreement") is entered into by and Mining Depot USA, Inc., a Texas Corporation and Lipeng Xue, an Individual (hereinafter referred to as "Mining Depot") and Wildcat Infrastructure, LLC (herein referred to as "Wildcat"), a Delaware Limited Liability Company (hereinafter referred to as "Wildcat"). Mining Depot and Wildcat will sometimes collectively be referred to as "the Parties."

## RECITALS

WHEREAS, there are no binding written or oral agreements between Mining Depot and Wildcat, other than those specifically outlined in this Agreement;

WHEREAS, any agreements Mining Depot negotiated with Wildcat were on behalf of Sytech Group, Inc. and STG, LLC (collectively referred to as "Sy Tech") and not Mining Depot, pertaining to the certain project as specified in a reservation agreement on July 5, 2024 executed by Wildcat and Sy Tech (the "Project").

WHEREAS, Mining Depot made good faith payments to Wildcat as a deposit in order to guarantee certain performance by Sy Tech for the Project.

WHEREAS, starting from June 26, 2024, Mining Depot transferred the certain good faith payments totaling US$1,150,000 to Wildcat in six disbursements. The wire transfer history detailing the good faith payments is attached as Exhibit A.

WHEREAS, all parties have agreed that if the Project is not initiated, Wildcat shall return those good faith payments to Mining Depot.

WHEREAS, Sy Tech and Wildcat decided not to proceed with the Project and the certain reservation agreement shall be terminated with no effect.

WHEREAS, Wildcat is willing to return those good faith payments to Mining Depot on condition that this Mutual Release is executed between the Parties and a corresponding release is executed between Sy Tech and Wildcat.

NOW, THEREFORE, Parties agree as follows:

## 1. RETURN THE GOOD FAITH PAYMENTS.

Within ten (10) business days following the last date of execution of this Agreement, Wildcat shall return US$1,150,000 to Mining Depot in the original form of payment, with US$1,000,000 to be returned to Lipeng Xue's Comerica Bank account #8791 and US$150,000 to be returned to Mining Depot USA, Inc's American First National Bank account #9693. The wire instructions are specified on the first page of Exhibit A.

## 2. NO OBLIGATION

Except for Wildcat's obligation set forth in Section 1 of this Agreement, the Parties acknowledge and affirm that neither Party has any further obligation to the other and that any

prior written or verbal Agreements between the Parties are now null and void and there are no continuing obligations between the Parties.

## 3. MUTUAL RELEASE OF CLAIMS

3.1 **Release by MINING DEPOT**: MINING DEPOT, on behalf of itself, its members and/or shareholders, subsidiaries, affiliates, successors, assigns, and any other party acting on its behalf (collectively, "MINING DEPOT Releasors"), hereby releases and forever discharges Wildcat, its members and/or shareholders, officers, directors, employees, agents, affiliates, successors, assigns, and any other party acting on its behalf (collectively, "Wildcat Releasees") from any and all claims, demands, actions, causes of action, liabilities, losses, and damages, whether known or unknown, arising from any matter occurring before the date of this Agreement, except for any claims arising from the failure to comply with this Agreement.

3.2 **Release by Wildcat**: Wildcat, on behalf of itself, its members and/or shareholders, its subsidiaries, affiliates, successors, assigns, and any other party acting on its behalf (collectively, "Wildcat Releasors"), hereby releases and forever discharges MINING DEPOT, its members and/or shareholders, its officers, directors, employees, agents, affiliates, successors, assigns, and any other party acting on its behalf (collectively, "MINING DEPOT Releasees") from any and all claims, demands, actions, causes of action, liabilities, losses, and damages, whether known or unknown, arising from any matter occurring before the date of this Agreement, except for any claims arising from the failure to comply with this Agreement.

## 4. NON-ADMISSION OF LIABILITY

This Agreement is not an admission of any liability or wrongdoing by either Party. Both Parties expressly deny any and all liability or wrongdoing of any kind.

## 5. NO PENDING OR FUTURE CLAIMS

Each Party represents and warrants that it has no pending claims, lawsuits, or other legal actions against the other Party as of the date of this Agreement and that it will not institute any claims, lawsuits, or other legal actions against the other Party in the future for any matter arising prior to the execution of this Agreement.

## 6. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas, without regard to its conflicts of law principles.

## 7. ARBITRATION

ARBITRATION. THE PARTIES AGREE THAT ANY AND ALL DISPUTES ARISING OUT OF THE TERMS OF THIS AGREEMENT, THEIR INTERPRETATION, AND ANY OF THE MATTERS HEREIN RELEASED, SHALL BE SUBJECT TO ARBITRATION IN HARRIS COUNTY, BEFORE JUDICIAL ARBITRATION & MEDIATION SERVICES ("JAMS"), PURSUANT TO ITS COMPREHENSIVE ARBITRATION RULES & PROCEDURES ("JAMS RULES"). THE ARBITRATOR MAY GRANT INJUNCTIONS AND OTHER RELIEF IN

SUCH DISPUTES. THE ARBITRATOR SHALL ADMINISTER AND CONDUCT ANY ARBITRATION IN ACCORDANCE WITH TEXAS LAW, INCLUDING THE TEXAS CODE OF CIVIL PROCEDURE, AND THE ARBITRATOR SHALL APPLY SUBSTANTIVE AND PROCEDURAL TEXAS LAW TO ANY DISPUTE OR CLAIM, WITHOUT REFERENCE TO ANY CONFLICT-OF-LAW PROVISIONS OF ANY JURISDICTION. TO THE EXTENT THAT THE JAMS RULES CONFLICT WITH TEXAS LAW, TEXAS LAW SHALL TAKE PRECEDENCE. THE DECISION OF THE ARBITRATOR SHALL BE FINAL, CONCLUSIVE, AND BINDING ON THE PARTIES TO THE ARBITRATION. THE PARTIES AGREE THAT THE PREVAILING PARTY IN ANY ARBITRATION SHALL BE ENTITLED TO INJUNCTIVE RELIEF IN ANY COURT OF COMPETENT JURISDICTION TO ENFORCE THE ARBITRATION AWARD. THE PARTIES TO THE ARBITRATION SHALL EACH PAY AN EQUAL SHARE OF THE COSTS AND EXPENSES OF SUCH ARBITRATION, AND EACH PARTY SHALL SEPARATELY PAY FOR ITS RESPECTIVE COUNSEL FEES AND EXPENSES; PROVIDED, HOWEVER, THAT THE ARBITRATOR SHALL AWARD ATTORNEYS' FEES AND COSTS TO THE PREVAILING PARTY, EXCEPT AS PROHIBITED BY LAW. THE PARTIES HEREBY AGREE TO WAIVE THEIR RIGHT TO HAVE ANY DISPUTE BETWEEN THEM RESOLVED IN A COURT OF LAW BY A JUDGE OR JURY. NOTWITHSTANDING THE FOREGOING, THIS SECTION WILL NOT PREVENT EITHER PARTY FROM SEEKING INJUNCTIVE RELIEF (OR ANY OTHER PROVISIONAL REMEDY) FROM ANY COURT HAVING JURISDICTION OVER THE PARTIES AND THE SUBJECT MATTER OF THEIR DISPUTE RELATING TO THIS AGREEMENT AND THE AGREEMENTS INCORPORATED HEREIN BY REFERENCE. SHOULD ANY PART OF THE ARBITRATION AGREEMENT CONTAINED IN THIS PARAGRAPH CONFLICT WITH ANY OTHER ARBITRATION AGREEMENT BETWEEN THE PARTIES, THE PARTIES AGREE THAT THIS ARBITRATION AGREEMENT SHALL GOVERN.

## 8. DRAFTING AND LEGAL REVIEW

Each party acknowledges that they have had the opportunity to consult with independent legal counsel of their choosing regarding this Agreement. Both parties agree and acknowledge that this Agreement has been reviewed and negotiated by each party and their respective legal counsel, and therefore, any rule of construction or interpretation that resolves ambiguities against the drafter shall not apply to this Agreement. This Agreement shall be deemed to have been drafted jointly by the parties.

## 9. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding and agreement between the Parties concerning the subject matter hereof and supersedes all prior negotiations, understandings, or agreements between the Parties regarding such subject matter.

## 10. SEVERABILITY

If any provision of this Agreement is found to be invalid, illegal, or unenforceable, the remainder

Docusign Envelope ID: 85A8A7B5-F298-4C59-B89D-4A65580BAEC4

of this Agreement shall remain in full force and effect, and the invalid, illegal, or unenforceable provision shall be amended to the minimum extent necessary to make it valid, legal, and enforceable.

## 11. COUNTERPARTS

This Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the Parties hereto have executed this Mutual Release Agreement as of the date(s) set forth below.

Date: 11/27/2024

**MINING DEPOT USA, INC.**

By: /s/ Lipeng (Marcus) Xue
Name: Lipeng (Marcus) Xue
Title: CEO

Date: 11/27/2024

**LIPENG XUE, Individually**

By: /s/ Lipeng (Marcus) Xue
Name: Lipeng (Marcus) Xue
Title: CEO

Date: 12/10/2024

**WILDCAT INFRASTRUCTURE, LLC**

By: /s/ Eric Nicolaides
Name: Eric Nicolaides
Title: Group CEO

Exhibit A – Wire Transfer History of Good Faith Payments

| Amount | Bank | Date | RemarksRemarks |
|---|---|---|---|
| $100,000 | Comerica Bank | 06-26-2024 | From Lipeng Xue's Personal Account To Wildcat's Account |
| $250,000 | Comerica Bank | 07-08-2024 | From Lipeng Xue's Personal Account To WML Account |
| $250,000 | Comerica Bank | 07-08-2024 | From Lipeng Xue's Personal Account To WML Account |
| $400,000 | Comerica Bank | 07-09-2024 | From Lipeng Xue's Personal Account To WML Account |
| $40,000 | American First National Bank | 08-16-2024 | From Mining Depot Company Account To WML Account |
| $110,000 | American First National Bank | 08-21-2024 | From Mining Depot Company Account To WML Account |
| Total: $1,150,000 | | | |

Wire Instructions of Comerica Bank
Bank Name: Comerica Bank
Account Name: Lipeng Xue
Account Number: Redacted
Rooting/ABA Number: 111000753
Bank Address: 5201 E. RL Thornton, Dallas ,Texas,75223

Wire Instructions of American First National Bank
Bank Name: American First National Bank
Account Name: Mining Depot USA, Inc
Account Number: Redacted
ABA/Rooting Number: 113024106
Bank Address: 400 N. Greenville Ave. Ste 27, Richardson, Texas, 75081



Comerica Bank

WIRE TRANSFER - PAYMENT ORDER RECEIPT
CUSTOMER COPY

Payment Type: Domestic Wire
Debit Account: Redacted
Account Type: DDA

Template Name:
Trace Seq #: 2024062600013834
Beneficiary Credit
Date (Value Date): 06-26-2024

Originating Party Info
Name: LIPENG XUE
Address: 700 JANUARY DR
PLANO TX 75025-3223
Country: US
Account Number:
Sender Reference:

Originating Bank
Name:
Address:
Country:

Wire Amount Details
Wire Amount: 100,000.00
Wire Currency: USD

Debit Amount (USD): 100,000.00
FX Rate:

To - Beneficiary Details
Name: Wildcat Equity Partners, LLC
Address:
Country: US
Account Number/IBAN: Redacted
IBAN Provided: N

Beneficiary Reference:
Payment Details/Info: Deposit for Missouri Project

Beneficiary Bank
Bank ID Type: ABA
Bank ID: 026009593
Name: BANK OF AMERICA, N.A., NY
Address: NEW YORK
Country:
Special Instructions:

Intermediary Bank
Bank ID Type:
Bank ID:
Name:
Address:
Country:



Comerica Bank — WIRE TRANSFER - PAYMENT ORDER RECEIPT
CUSTOMER COPY

Payment Type: Domestic Wire
Debit Account: Redacted
Account Type: DDA

Template Name:
Trace Seq #: 2024070800007473
Beneficiary Credit
Date (Value Date): 07-08-2024

Originating Party Info
Name: LIPENG XUE
Address: 700 JANUARY DR
PLANO TX 75025
Country: US
Account Number:
Sender Reference:

Originating Bank
Name:
Address:
Country:

Wire Amount Details
Wire Amount: 250,000.00
Wire Currency: USD

Debit Amount (USD): 250,000.00
FX Rate:

Beneficiary Details
Name: WML
Address:
Country: US
Account Number/IBAN: Redacted
IBAN Provided: N

Beneficiary Reference:
Payment Details/Info:

Beneficiary Bank
Bank ID Type: ABA
Bank ID: 026009593
Name: BANK OF AMERICA, N.A., NY
Address: NEW YORK
Country:

Intermediary Bank
Bank ID Type:
Bank ID:
Name:
Address:
Country:

Special Instructions: For Eric Nicolaides Wildcat infrastructure deposit





**Comerica Bank.**  WIRE TRANSFER - PAYMENT ORDER RECEIPT
CUSTOMER COPY

Payment Type: Domestic Wire
Debit Account: Redacted
Account Type: DDA

Template Name:
Trace Seq #: 2024070900008421
Beneficiary Credit
Date (Value Date): 07-09-2024

**Originating Party Info**
Name: LIPENG XUE
Address: 700 JANUARY DR
PLANO TX 75025
Country: US
Account Number:
Sender Reference:

**Originating Bank**
Name:
Address:
Country:

**Wire Amount Details**
Wire Amount: 400,000.00
Wire Currency: USD

Debit Amount (USD): 400,000.00
FX Rate:

**To - Beneficiary Details**
Name: WML
Address:
Country: US
Account Number/IBAN: Redacted
IBAN Provided: N

Beneficiary Reference:
Payment Details/Info: For Eric Nicolaides Wildcat Infrastructure Deposit

**Beneficiary Bank**
Bank ID Type: ABA
Bank ID: 026009593
Name: BANK OF AMERICA, N.A., NY
Address: NEW YORK
Country:
Special Instructions:

**Intermediary Bank**
Bank ID Type:
Bank ID:
Name:
Address:
Country:

# AMERICAN FIRST NATIONAL BANK

1-877-473-1888
9999 Bellaire Boulevard Houston, TX 77036

Your wire request for $40,000.00 will be debited from account ending in 9693.
In addition, a $15.00 wire fee has been assessed.

*** WIRE DETAILS ***

**Wire Sequence**
502
**Business Code / Wire Type**
CTR-Customer Transfer
1000-Basic Funds Transfer

**Originator Information**
Originator
MINING DEPOT USA , INC
D Redacted
7U JANUARY DR
PLANO TX 75025
United States
**Originator To Beneficiary**
MEMO/REFERENCE: FOR ERIC NICOLAIDES
INFRASTRUCTURE DEPOSIT

**Entered Date**
08/16/2024 12:07 PM Pacific Time
**Effective Date**
08/16/2024
**Receiving Financial Institution**
Redacted  BK AMER NYC
**Beneficiary Information**
Beneficiary
WML
D Redacted
LOS ANGELES CA
United States

SIGNATURE _____
DATE 08/16/2024

**Terms and Conditions**

Wire Transfer. You ("I" or "you") request that American First National Bank ("Bank", "we" or "us") send the wire transfer described above. As used in this Agreement, the term "wire transfer" means "funds transfer" as defined in the Uniform Commercial Code applicable in the states of Texas, Nevada, and California.

A wire transfer may be requested for either the same Business Day. A Business Day is defined as Monday through Friday, excluding Federal holidays. Your Wire Transfer request must be received by us prior to our cutoff hours to be sent on the same Business Day. If your Wire Transfer Request fails to reach us before our cutoff hour, we will send the Wire Transfer on our next Business Day.

Transmitting and Recording Information about You in the Wire Transfer Process. Any wire transfer executed by us is subject to rules and regulations applicable to wire transfers, including, without limitation, Regulation J and the Federal Bank Secrecy Act and its regulations. In order to comply with applicable laws and regulations, in executing any wire transfer, we may transmit information regarding you, such as your name, address, and account number, as part of the payment process. By sending wire transfers through us, you agree that you will assist us in complying with the applicable laws and regulations and hold us harmless from any liability in connection with our compliance with the laws and regulations.

Rejection of Wire Transfer Request. You understand that the Bank may reject any Wire Transfer Request without liability if you (i) have failed to maintain sufficient available funds in the account from which funds are to be debited for payment to us; (ii) fail to pay in acceptable immediately available funds the amount of each wire transfer transmitted by us; (iii) cannot, or will not provide all information which we are required to obtain to comply with any law or regulation, including, without limitation, the Federal Bank Secrecy Act; (iv) is not authenticated to the Bank's satisfaction or which the Bank reasonably believes may not be authorized by you; (v) contains incorrect, incomplete, or ambiguous information; (vi) involves funds subject to a lien, hold, dispute, or legal process pending their withdrawal. You understand and agree that the Bank shall incur no liability for any loss occasioned by the Bank's refusal to accept any funds transfer order. Notice of such rejection will be given on the Business Day on which we reject the Wire Transfer Request.

Cancellations or Amendments of Wire Transfer Request. The Bank may establish or change cut-off times for the receipt of funds transfer requests, amendments, or cancellations. Unless other times are posted for the various types of funds transfers, the cut-off time for wire transfer will be 2:00 pm CST on each weekday that the Bank is open which is not a Federal Holiday. Payment orders, cancellations, or amendments received after the applicable cut-off time may be treated as having been received on the next following business day and processed accordingly.

Inconsistency of Name and Number. You acknowledge and agree that, if a wire transfer describes the Beneficiary, the Beneficiary's Bank or any Intermediary Bank inconsistently by name and number, payment of the wire transfer transmitted by us may be made on the basis of the account number or the bank number alone even if the number identifies a person or bank different from the named Beneficiary, Beneficiary Bank or Intermediary Bank. Your obligation to pay the amount of the wire transfer to us is not excused in such circumstances.

Payment. You agree to pay us and we may, without prior notice or demand, obtain payment of any amount due to and payable to us under this Agreement by debiting any deposit account you maintain with us, on the Business Day we transmit the wire transfer request, or, for the date you submit the wire transfer instructions to us or on such other date as is agreed to by us in writing. You shall pay us the fees for the services provided

# AMERICAN FIRST NATIONAL BANK

1-877-473-1888

9999 Bellaire Boulevard Houston, TX 77036

Your wire request for $110,000.00 will be debited from account ending in 9693.
In addition, a $15.00 wire fee has been assessed.

*** WIRE DETAILS ***

**Wire Sequence**
649

**Business Code / Wire Type**
CTR-Customer Transfer
1000-Basic Funds Transfer

**Originator Information**
Originator
MINING DEPOT USA, INC
D Redacted
700 JANUARY DR
PLANO TX 75025
United States

**Originator To Beneficiary**
MEMO/REFERENCE: FOR ERIC NICOLAIDES
INFRASTRUCTURE DEPOSIT

**Entered Date**
08/21/2024 11:24 AM Pacific Time

**Effective Date**
08/21/2024

**Receiving Financial Institution**
Redacted  BK AMER NYC

**Beneficiary Information**
Beneficiary
WML
D Redacted
USA
United States

SIGNATURE _____ [signature in Chinese characters] _____
DATE 08/21/2024

**Terms and Conditions**

Wire Transfer. You ("I" or "you") request that American First National Bank ("Bank", "we" or "us") send the wire transfer described above. As used in this Agreement, the term "wire transfer" means "funds transfer" as defined in the Uniform Commercial Code applicable in the states of Texas, Nevada, and California.

A wire transfer may be requested for either the same Business Day. A Business Day is defined as Monday through Friday, excluding Federal holidays. Your Wire Transfer request must be received by us prior to our cutoff hours to be sent on the same Business Day. If your Wire Transfer Request fails to reach us before our cutoff hour, we will send the Wire Transfer on our next Business Day.

Transmitting and Recording Information about You in the Wire Transfer Process. Any wire transfer executed by us is subject to rules and regulations applicable to wire transfers, including, without limitation, Regulation J and the Federal Bank Secrecy Act and its regulations. In order to comply with applicable laws and regulations, in executing any wire transfer, we may transmit information regarding you, such as your name, address, and account number, as part of the payment process. By sending wire transfers through us, you agree that you will assist us in complying with the applicable laws and regulations and hold us harmless from any liability in connection with our compliance with the laws and regulations.

Rejection of Wire Transfer Request. You understand that the Bank may reject any Wire Transfer Request without liability if you (i) have failed to maintain sufficient available funds in the account from which funds are to be debited for payment to us; (ii) fail to pay in acceptable immediately available funds the amount of each wire transfer transmitted by us; (iii) cannot, or will not provide all information which we are required to obtain to comply with any law or regulation, including, without limitation, the Federal Bank Secrecy Act; (iv) is not authenticated to the Bank's satisfaction or which the Bank reasonably believes may not be authorized by you; (v) contains incorrect, incomplete, or ambiguous information; (vi) involves funds subject to a lien, hold, dispute, or legal process pending their withdrawal. You understand and agree that the Bank shall incur no liability for any loss occasioned by the Bank's refusal to accept any funds transfer order. Notice of such rejection will be given on the Business Day on which we reject the Wire Transfer Request.

Cancellations or Amendments of Wire Transfer Request. The Bank may establish or change cut-off times for the receipt of funds transfer requests, amendments, or cancellations. Unless other times are posted for the various types of funds transfers, the cut-off time for wire transfer will be 2:00 pm CST on each weekday that the Bank is open which is not a Federal Holiday. Payment orders, cancellations, or amendments received after the applicable cut-off time may be treated as having been received on the next following business day and processed accordingly.

Inconsistency of Name and Number. You acknowledge and agree that, if a wire transfer describes the Beneficiary, the Beneficiary's Bank or any Intermediary Bank inconsistently by name and number, payment of the wire transfer transmitted by us may be made on the basis of the account number or the bank number alone even if the number identifies a person or bank different from the named Beneficiary, Beneficiary Bank or Intermediary Bank. Your obligation to pay the amount of the wire transfer to us is not excused in such circumstances.

Payment. You agree to pay us and we may, without prior notice or demand, obtain payment of any amount due to and payable to us under this Agreement by debiting any deposit account you maintain with us, on the Business Day we transmit the wire transfer request, or, for the date you submit the wire transfer instructions to us or on such other date as is agreed to by us in writing. You shall pay us the fees for the services provided