**RE: Request for Immediate Return of Outstanding Amount of $1,150,000**

Bin,

I spoke with Wildcat and passed along our conversation.

Wildcat reported that they did put money into escrow (not with me) and are working to pull the funds together to send to you. Wildcat noted that they would like to avoid arbitration as they believe this can be handled amicably, and offered to provide you with a parent guarantee while the funds are being moved to make payment.

I don't have any other facts but I know they would be happy to discuss with your client to arrange a settlement here.

jb

**JONATHAN A. BLACKBURN**

**SIDLEY AUSTIN LLP**
+1 312 853 7168
jblackburn@sidley.com

See More